# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

BRADLEY ALFORD

    Plaintiff,

v.                                    Case No.: 8:14-cv-03170-SCB-AEP

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Bradley Alford, and Defendant, NCO Financial Systems, Inc., do hereby stipulate to the dismissal with prejudice of the Defendant. Each party is to bear their own fees and costs.

Date: April 13, 2015

| | |
|---|---|
| /s/ W. John Gadd | /s/ Rachel A. Morris |
| W. John Gadd, Esq. | Rachel A. Morris, Esq. |
| Florida Bar No.: 463061 | Florida Bar No.: 0091498 |
| Bank of America Building. | Sessions, Fishman, Nathan & Israel, L.L.C. |
| 2727 Ulmerton Road, Suite 250 | 3350 Buschwood Park Drive, Suite 195 |
| Clearwater, FL 33762 | Tampa, FL 33618 |
| Phone: 727-524-6300 | Phone: 813.890.2469 |
| wjg@mazgadd.com | Fax: 813.889.9757 |
| | ramorris@sessions-law.biz |
| *Attorney for Plaintiff* | *Attorney for* |
| *Bradley Alford* | *NCO Financial Systems, Inc.* |